**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____     **Category No.** I_____     **Investigating Agency** DEA_____

**City** Saugus_____

**County** Essex_____

**Related Case Information:**

Superseding Ind./ Inf.   X_____     Case No. 22-10325_____

Same Defendant   X_____     New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number 22-5383-JGD_____

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name  Anthony BRYSON_____     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: Billerica, Mass._____

Birth date (Yr only): 1989___     SSN (last 4#): _____     Sex: _____     Race _____     Nationality: _____

**Defense Counsel if known:** Jason Benzaken_____     Address: _____

Bar Number: _____     _____

**U.S. Attorney Information**

AUSA: Evan D. Panich_____     Bar Number if applicable: 681730_____

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:** Wyatt_____

**Arrest Date:** 10/25/2022_____

☑ Already in Federal Custody as of Oct. 25, 2022_____ in Wyatt_____.

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 1_____

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 7/15/2024     Signature of AUSA: /s/ Evan D. Panich

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Anthony BRYSON

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC s. 841(a)(1), (b)(1)(B)(viii) | Possession with intent to distribute more than 50 grams of methamphetamine | 1 |
| Set 2 | 21 USC s. 853 | Drug forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM - Criminal Case Cover Sheet.pdf*  3/4/2013